# Court of Appeals
# of the State of Georgia

ATLANTA, January 17, 2017

*The Court of Appeals hereby passes the following order*

## A17I0118. EMORY UNIVERSITY, INC. d/b/a EMORY UNIVERSITY HOSPITAL et al. v. NEUROCARE.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11A36471



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, January 17, 2017.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*